UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) CIVIL ACTION ) ) FILE NO. CV-08-029-RHW ) ) FINAL JUDGMENT ) AGAINST DEFENDANT ) DARYN P. FLEMING ) ) ) |
| Plaintiff, | |
| v. | |
| DARYN P. FLEMING and MATHEW C. BRUCE | |
| Defendants. | |

Plaintiff, U.S. Securities and Exchange Commission ("SEC") filed a complaint in this matter, and Defendant Daryn P. Fleming ("Defendant Fleming") has, in his Consent hereto and incorporated herein, acknowledged receipt of the complaint and admitted the personal jurisdiction of the Court over him and over the subject matter thereof, and without admitting or denying the allegations of the complaint, except as to jurisdiction, and without trial, argument or adjudication of

FINAL JUDGMENT AGAINST DEFENDANT DARYN P. FLEMING Page 1

any facts or law herein, consented to the entry of this Final Judgment Against Defendant Fleming ("Final Judgment"). The SEC and Defendant Fleming have waived the entry of findings of fact and conclusions of law, as provided by Rule 52 of the Federal Rules of Civil Procedure and Defendant Fleming has waived any right to appeal from this Final Judgment. The Court having jurisdiction over the parties and the subject matter hereof, and being fully advised in the premises, hereby states:

## I.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant Fleming, his officers, agents, servants, employees, attorneys, assigns, and all persons in active concert or participation with him who receive actual notice of this Final Judgment by personal service or otherwise, and each of them are permanently restrained and enjoined from, directly or indirectly, in connection with the purchase or sale of any security, by the use of any means or instrumentality of interstate commerce, or of the mails, or any facility of any national securities exchange:

    (a)    employing any device, scheme or artifice to defraud; or

    (b)    making any untrue statement of material fact or omitting to state a material fact necessary in order to make the statements made, in light

of the circumstances under which they were made, not misleading; or

(c) engaging in any act, practice or course of business which operates or would operate as a fraud or deceit upon any person, in violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. §240.10b-5].

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant Fleming is prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

## III.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Fleming is liable for disgorgement of $20,844, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $3,865 and a civil penalty in the amount of $35,000 pursuant to Section 21(d) of the Exchange Act. Defendant

Fleming shall satisfy this obligation by paying $59,709 pursuant to the terms of the payment schedule set forth in paragraph IV below to the Clerk of this Court, together with a cover letter identifying Defendant Fleming as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant Fleming shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel in this action. By making this payment, Defendant Fleming relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendant Fleming. Defendant Fleming shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

The Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS") or any other type of interest bearing account that is utilized by the Court. These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held in the interest bearing account until further order of the Court. In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the money in the Fund a fee equal to ten percent

of the income earned on the Fund. Such fee shall not exceed that authorized by the Judicial Conference of the United States.

The Commission may by motion propose a plan to distribute the Fund subject to the Court's approval. Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. Regardless of whether any such Fair Fund distribution is made, amounts ordered to be paid as civil penalties pursuant to this Judgment shall be treated as penalties paid to the government for all purposes, including all tax purposes. To preserve the deterrent effect of the civil penalty, Defendant Fleming shall not, after offset or reduction of any award of compensatory damages in any Related Investor Action based on Defendant Fleming's payment of disgorgement in this action, argue that he is entitled to, nor shall he further benefit by, offset or reduction of such compensatory damages award by the amount of any part of Defendant Fleming's payment of a civil penalty in this action ("Penalty Offset"). If the court in any Related Investor Action grants such a Penalty Offset, Defendant Fleming shall, within 30 days after entry of a final order granting the Penalty Offset, notify the Commission's counsel in this action and pay the amount of the Penalty Offset to the United States Treasury or to a Fair Fund, as the Commission directs. Such a payment shall not be deemed an additional civil penalty and shall not be deemed to

FINAL JUDGMENT AGAINST DEFENDANT DARYN P. FLEMING Page 5

change the amount of the civil penalty imposed in this Judgment. For purposes of this paragraph, a "Related Investor Action" means a private damages action brought against Defendant Fleming by or on behalf of one or more investors based on substantially the same facts as alleged in the Complaint in this action.

## IV.

Defendant Fleming shall pay $59,709 in four installments according to the following schedule: (1) $25,000, within five days of entry of this Final Judgment; (2) $11,570 within 120 days of entry of this Final Judgment; (3) $11,570 within 240 days of entry of this Final Judgment; and (4) $11,570 within 360 days of entry of this Final Judgment. If Defendant Fleming fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately without further application to the Court.

## V.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Fleming's Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant Fleming shall comply with all of the undertakings and agreements set forth herein.

## VI.

**IT IS HEREBY FURTHER ORDERED** that notice of this Order may be accomplished by delivery of a copy of the Order by first class mail, overnight delivery, facsimile, or personally by agents or employees of the Commission, upon the Defendant.

## VII.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction of this matter for all purposes, including, but not limited to, enforcement of the Final Judgment.

## VIII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is hereby directed to enter this Final Judgment.

**SO ORDERED:**

_____
Robert H. Whaley
**U.S. DISTRICT COURT JUDGE**
**Eastern District of Washington**

Dated: April 14, 2009